Michael Levitt, Harold Mandell and Henry Rush, d/b/a Broadway Insurance Agency, Plaintiffs-Appellants, v. Lewis T. Taylor, d/b/a Taylor and Company, the United States Life Insurance Company in the City of New York, a Corporation, and Aetna Life and Casualty Insurance Company, a Corporation, Defendants-Appellees.

Gen. No. 52,867. 

First District.

March 14, 1969.

Sherwin Willens, Hoellen & Willens, of Chicago, for appellants; Hinshaw, Culbertson, Moelmann & Hoban, of Chicago (D. Kendall Griffith and Roy C. Palmer, of counsel), and Lord, Bissell & Brook, of Chicago (Thomas L. Stevens and Paul W. Engstrom, of counsel), for appellees. Opinion by JUSTICE CRAVEN. Not to be published in full.